**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | **:** | MODIFICATION TO CASE |
| | **:** | MANAGEMENT ORDER TO |
| IN RE: DEEPWATER HORIZON | **:** | GOVERN ALL B3 CASES |
| B3 LITIGATION | **:** | IN THE SOUTHERN DISTRICT |
| | **:** | OF ALABAMA |

**MASTER FILE NO. 21-5000-KD-MU-C**

**<u>OMNIBUS ORDER MODIFYING B3 CASE MANAGEMENT ORDER</u>**

The August 19, 2021 Case Management Order ("CMO") applicable to proceedings in actions ("the B3 Actions") filed against BP Exploration & Production Inc. and BP America Production Company ("the BP defendants"), as well as certain other defendants, in the United States District Court for the Southern District of Alabama, following transfer from the United States District Court for the Eastern District of Louisiana where they were part of the "B3" Pleading Bundle of cases in MDL 2179, as well as B3 cases filed directly in this Court, is hereby *sua sponte* **MODIFIED**, in accordance with ¶ 16 of the CMO, in an attempt to pretermit discovery issues related to Expert Discovery that this Court has seen on its BELO docket of cases. Accordingly, ¶ 8 of the CMO is hereby **MODIFIED** as set out below to ensure all B3 cases in the Southern District of Alabama remain on track for appropriate and timely disposition.

Paragraph 8 of the CMO is **MODIFIED** to read as follows:

8.      <u>EXPERT TESTIMONY</u>.  Plaintiff shall disclose all expert witness reports as required by Rule 26(a)(2)(B) & (C) within 18 months (540 days) of the date of this Order or of the date that any defendant files an answer, whichever is later. The Defendants

shall disclose all expert witness reports as required by Rule 26(a)(2)(B) & (C) within 19 months (570 days) of the date of this Order or of the date that any defendant files an answer, whichever is later. Rebuttal evidence, authorized by Rule 26(a)(2)(D), shall be disclosed on or before 19 months (570 days) of the date of this Order or of the date that any defendant files an answer, whichever is later, by the Defendants and on or before 20 months (600 days) of the date of this Order or of the date that any defendant files an answer, whichever is later, by Plaintiff. Plaintiff's experts shall be made available for deposition within **thirty (30) days** after the disclosure of Plaintiff's rebuttal expert reports. The defendants' experts shall be made available for deposition within **thirty (30) days** after the final deposition of plaintiff's experts.

The parties are **ADVISED** that sur-rebuttal expert reports **ARE NOT ALLOWED.**.

**DONE** and **ORDERED** this the 17th day of December, 2021.

 s/Jeffrey U. Beaverstock
**CHIEF UNITED STATES DISTRICT JUDGE**

2