# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | | |
|---|---|---|
| WILLIAM GRIDER | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:23-cv-00212 |
| | ) | |
| v. | ) | Judge Kristi K. DuBose |
| | ) | |
| BP EXPLORATION & | ) | Magistrate Judge P. Bradley Murray |
| PRODUCTION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>HALLIBURTON ENERGY SERVICES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Halliburton Energy Services, Inc. ("HESI") hereby certifies that the following are parents, subsidiaries, and/or affiliates of HESI that have issued shares or debt securities to the public, and/or other entities financially interested in the outcome of this litigation:

<u>Halliburton Company</u>.

Dated:  August 7, 2023

Respectfully submitted,
*/s/ R. Alan York*
R. Alan York
Texas Bar No. 22167500
Reed Smith LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010
713-469-3824
713-469-3899 (fax)
ayork@reedsmith.com

*Attorney for Defendant Halliburton Energy Services, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 7, 2023, a copy of the foregoing was served on all counsel of record by filing with the Court's electronic filing system which will send notification to all counsel of record.

<u>/s/ R. Alan York</u>
R. Alan York

2