IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM GRIDER,                              )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )   CIV. ACT. NO. 1:23-cv-212-TFM-MU
                                             )
BP EXPLORATION & PRODUCTION INC.,            )
*et al.*,                                    )
                                             )
        Defendants.                          )

**ORDER**

Pending before the Court is the *Rule 41(a) Stipulation of Dismissal With Prejudice* (Doc. 32, filed 10/18/23) in which the parties jointly agree to dismiss all claims with prejudice. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Here, the joint stipulation is signed by all parties who have appeared. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 23rd day of October, 2023.

                                    /s/ Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES DISTRICT JUDGE